IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. CAPOBIANCO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-1656 |
| TIMOTHY F. GEITHNER, et al. | : | |

**<u>ORDER</u>**

AND NOW, this   28th   day of July, 2009, "Defendants' Motion for Partial Dismissal" (docket no. 4), to which plaintiff did not respond, is granted.  Plaintiff's claims under the Americans with Disabilities Act and all claims against defendant Aileen Condon are dismissed with prejudice.

BY THE COURT:

 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.